FILED

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0399

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0399

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                        O R D E R

WILLARD DEAN McCAULOU,

     Defendant and Appellant.

_____

Appellant Willard Dean McCaulou, by counsel, has filed a motion for extension of time within which to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 10, 2022, within which to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2021